McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U. S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) )       Plaintiff, ) )     v. ) ) SALVADOR PINEDA-PENALOZA ) and ) AUGUSTIN GUTIERREZ ) MARTINEZ, ) )       Defendants, ) ) _____) | 1:07-cr-0107 LJO ORDER |

Having considered the government's motion to obtain fingerprint and palm print exemplars from the above-named defendants, and good cause therefor,

IT IS HEREBY ORDERED that defendants SALVADOR PINEDA-PENALOZA and AUGUSTIN GUTIERREZ MARTINEZ allow Government agents to obtain finger and palm print exemplars from them in a manner directed by the Government.

IT IS SO ORDERED.

**Dated:   June 27, 2007**         /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE