DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AUGUSTIN MARTINEZ-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-0107 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON (NOTE hearing time) |
| v. | ) | |
| AUGUSTIN MARTINEZ-GUTIERREZ, | ) | Date: March 28, 2008 |
| Defendant. | ) | Time: 8:45 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be due on or before February 29, 2008, responses shall be due on or before March 21, 2008, **and the hearing on motions now set for March 7, 2008, may be continued to March 28, 2008 at 9:00 A.M.**

This request for continuance is made by counsel for defendant Martinez-Gutierrez because counsel was to file the motion on February 1, 2008 and had prepared, but not filed the motion on that due date due to internal calendaring problems. The motion is being filed simultaneously with this stipulation. The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and

3161(h)(8)(B)(i) and (iv).

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: February 29, 2008            By:  /s/ Karen A. Escobar
                                         KAREN A. ESCOBAR
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


                                         DANIEL J. BRODERICK
                                         Federal Public Defender

DATED: February 29, 2008            By:  /s/ Ann H. Voris
                                         ANN H. VORIS
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         Augustin Martinez-Gutierrez


DATED: February 29, 2008            By:  /s/ Anthony P. Capozzi
                                         ANTHONY P. CAPOZZI
                                         Attorneys for Defendant
                                         Salvador Pineda-Penaloza
```

**O R D E R**

**Due to the error in calendaring as described in the stipulation, the Court finds good cause to continue.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).  The requested dates are granted and the matter will now be heard on March 28, 2008 at 8:45 a.m.

IT IS SO ORDERED.

**Dated:    March 1, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule and
Hearing; and [Proposed] Order Thereon
-2-